IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| HENSON GAINES,<br>    Plaintiff | : | CIVIL ACTION |
| v. | : | |
| MICHAEL J. ASTRUE,<br>Commissioner of the<br>Social Security Administration,<br>    Defendant | : | No. 10-5098 |

## ORDER

BERLE M. SCHILLER, J.

AND NOW, this 15 day of Nov, 2011, upon consideration of Plaintiff's request for review, Defendant's response, and Plaintiff's reply, and after careful review of the Report and Recommendation of United States Magistrate Judge Timothy R. Rice, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.
2. The Plaintiff's request for reversal is GRANTED.
3. The matter is remanded to the Commissioner for further review consistent with the Report and Recommendation.

BY THE COURT:

_____
BERLE M. SCHILLER, J.